AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AIDAN SANCHEZ, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>CHECKERS DRIVE-IN RESTAURANTS, INC.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   25-CV-60181 DAMIAN |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHECKERS DRIVE-IN RESTAURANTS, INC.,
C/O: CSC
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
FAARIS K. UDDIN, ESQ.
ZANE C. HEDAYA, ESQ.
GERALD D. LANE, JR., ESQ.

The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 3, 2025



Angela E. Noble
Clerk of Court

s/ Patricia Curtis